**Order entered November 12, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00321-CR

## MICHAEL FOY WALLING, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-83626-2017**

## ORDER

Before the Court is appellant's November 8, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on November 19, 2021.

/s/    DENNISE GARCIA
         JUSTICE